UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-24103-Civ-COOKE/TORRES

MARLEN MARTINEZ,

    Plaintiff,

vs.

AMERICAN ELDERCARE, INC.,
a Florida profit corporation,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before me upon the parties' Joint Motion for *In Camera* Approval of Confidential Settlement Agreement and Stipulation for Dismissal with Prejudice ("Motion for Approval") (ECF No. 28).

I have reviewed the Motion for Approval, the record, and the Settlement Agreement (submitted for *in camera* review) in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). I find that the Settlement Agreement is a fair and reasonable compromise of a bona fide dispute over FLSA provisions.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. Joint Motion for *In Camera* Approval of Confidential Settlement Agreement and Stipulation for Dismissal (ECF No. 28) is **GRANTED**;
2. The Settlement Agreement is **APPROVED**; and
3. This case is **DISMISSED** *with prejudice*.

**DONE and ORDERED** in chambers at Miami, Florida, this 20th day of April 2017.

        */s/ Marcia G. Cooke*
        MARCIA G. COOKE
        United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*